JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GILBERT MCCULLIN

    Defendant(s).

COURT NO: 92 A 20748

DEFAULT JUDGMENT



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from GILBERT MCCULLIN the sum of $2,358.80 as principal, $1,237.71 as accrued prejudgment interest, $140.00 administrative charges, and $58.50 costs, plus $435.00 attorney fees for a total amount of $4,230.01, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: AUG 1 7 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
    Deputy Clerk